FILED
CLERK, U.S. DISTRICT COURT

JUN 30 2015

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 15-246-JAK |
| Plaintiff, ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| Frank Lara, Jr. ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.  (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    (X)   information in the Pretrial Services Report and Recommendation

    (X)   information in the violation petition and report(s)

    ( )   the defendant's nonobjection to detention at this time

    ( )   other: _____

1      and/ or

2 B. (X)   The defendant has not met his/her burden of establishing by clear and

3      convincing evidence that he/she is not likely to pose a danger to the

4      safety of any other person or the community if released under 18 U.S.C.

5      § 3142(b) or (c). This finding is based on the following:

6      (X)    information in the Pretrial Services Report and Recommendation

7      (X)    information in the violation petition and report(s)

8      ( )    the defendant's nonobjection to detention at this time

9      ( )    other: _____

10

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further

12 revocation proceedings.

13

14 Dated: June 30, 2015

15                    SHERI PYM

                  United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28