UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANK LARA, JR,<br><br>　　　　　Defendant. | NO. 2:15-CR-00246-JAK<br><br>ORDER OF DETENTION AFTER HEARING<br><br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

　　　The defendant having been arrested in the Southern District of California pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of his supervised release; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

\\
\\
\\
\\

1

A.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on his failure to proffer sufficient evidence to meet his burden on this issue, outstanding warrant, and submission on the issue of detention;

and

B.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on his failure to proffer evidence to meet his burden on this issue, his criminal history, and his submission on the issue of detention.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: September 16, 2016

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE